# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **R. ALEXANDER ACOSTA,** | : | **CIVIL ACTION NO. 1:18-CV-2124** |
| Secretary of Labor, United States | : | |
| Department of Labor, | : | **(Chief Judge Conner)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **LOCAL 1940, UNITED STEEL** | : | |
| **WORKERS INTERNATIONAL** | : | |
| **UNION,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of February, 2019, upon consideration of defendant's unopposed motion (Doc. 10) to set aside the entry of default pursuant to Federal Rule of Civil Procedure 55(c), it is hereby ORDERED that said motion is GRANTED.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania