## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EUGENE SCALIA, Secretary of Labor, United States Department of Labor,**[1] | **CIVIL ACTION NO. 1:18-CV-2124** |
| | **(Chief Judge Conner)** |
| **Plaintiff** | |
| **v.** | |
| **LOCAL 1940, UNITED STEEL WORKERS INTERNATIONAL UNION,** | |
| **Defendant** | |

## ORDER

AND NOW, this 2nd day of December, 2019, upon consideration of the parties' stipulation of settlement (Doc. 12) and the court's order (Doc. 13) approving same, both dated March 7, 2019, and it appearing that the parties agreed that the Secretary of Labor ("Secretary") shall conduct a supervised election and a run-off election if necessary no later than July 31, 2019, unless the Secretary determines that the election should be conducted at a later date, (see Doc. 12 ¶ 5), and that the Secretary is required to promptly provide certain certifications to the court after the election, (see id. ¶ 7(j)-(k)), for the court to thereafter enter final judgment, (id. ¶ 7(l)), and the court having received no certifications and no other filings from either party in the above-captioned action to date, it is hereby ORDERED that,

---

[1] Eugene Scalia succeeded R. Alexander Acosta as Secretary of the United States Department of Labor on September 30, 2019, and is automatically substituted as the plaintiff in this action.  See FED. R. CIV. P. 25(d).

on or before **Friday, December 13, 2019**, the parties shall file a joint status report

apprising the court of the status of the above-captioned action.

                                         /S/ CHRISTOPHER C. CONNER
                                         Christopher C. Conner, Chief Judge
                                         United States District Court
                                         Middle District of Pennsylvania