# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE SCALIA, Secretary of Labor, [1] United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-02124-CCC |
| v. | ) ) | |
| LOCAL 1940, UNITED STEELWORKERS INTERNATIONAL UNION, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR**

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement Agreement and Order entered March 7, 2019, in the United States District Court for the Middle District of Pennsylvania, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §§ 481-483, and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority delegated to me,

---

[1] This action was originally brought by R. Alexander Acosta, former Secretary of Labor. Eugene Scalia has been appointed Secretary of Labor and therefore substituted as a party in accordance with Rule 25(d), Federal Rules of Civil Procedure.

IT IS HEREBY CERTIFIED that the following named candidates[2] have been duly elected to the offices designated:

| | |
|---|---|
| Brian Barlett | President |
| Mike Warner | Vice President |
| Jason Lightfoot | Financial Secretary |
| Kevin R. Hartman | Treasurer |
| Ryan Molek | Recording Secretary |
| Kevin S. Lepley | Outside Guard |
| Chuck McConaughey | Inside Guard |
| Barry G. Imler, Jr. | Guide |
| Chris Fox | Trustee |
| Lonnie E. Reichard | Trustee |
| Patricia Watson | Trustee |
| Brian Barlett | Standard Steel P&M Unit President |
| Chris Fox | Standard Steel O&S Unit President |
| Jeffrey Bitting | Collins Tool Unit President |
| Cheryl S. Ream | Geisinger Lewistown Hospital Unit President |
| Kaci Blessing | Metz Culinary Unit President |
| Marsha Shilling | Mifflin County Library Unit President |

---

[2] There were no candidates for the following three offices: Mifflin County Academy Unit President, Mifflin County Courthouse Unit President, and Juniata County School District Unit President.

Attached herewith is a declaration setting forth the allegations in a protest of the supervised election and the Department of Labor's findings after the investigation of that protest.

Signed this 4th day of December, 2019.


_Brian A. Pifer_

Brian A. Pifer, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02124-CCC |
| | ) | |
| LOCAL 1940, UNITED STEEL WORKERS INTERNATIONAL UNION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on this 4th day of December 2019, he filed a copy of the foregoing

**CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR**

Through the Court's CM/ECF system, which system will automatically generate notice to all counsel of record.

/s/ Richard D. Euliss
RICHARD D. EULISS